FILED
CLERK, U.S. DISTRICT COURT

DEC - 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OMAR HURTADO,                          )    Case No. CV 07-3101-PJW
                                       )
              Plaintiff,               )
                                       )    ORDER RE: IN CAMERA INSPECTION OF
       v.                              )    POLICE DEPARTMENT RECORDS
                                       )
THE LOS ANGELES POLICE,                )
DEPARTMENT, et al.,                    )
                                       )
              Defendants.              )
_____)

The Court has reviewed *in camera* various files submitted by Defendants. These files are Los Angeles Police Department ("LAPD") files relating to the hiring of Defendants, personnel matters after Defendants were hired, and allegations of misconduct against Defendant officers. Plaintiff seeks these documents in discovery, and Defendants have resisted producing them on numerous grounds. The Court orders as follows:

   1.    Defendants are not required to produce any documents from the following categories:

         a.    Financials

         b.    Statements of Family (relating to statements by Defendants' family members about Defendants' hiring or continued employment at LAPD)

c. Background Investigation Checklists

d. Irrelevant Personal Information Documentation

e. Inquiries With Other Agencies

f. HEP Exposure

g. Official Documents (e.g., copies of Defendants' driver's licenses and social security cards)

h. Other Complaints (e.g., reprimands for failure to appear in court to testify)

i. Legal records

j. Irrelevant Documents (e.g., releases by Defendants so LAPD could conduct background check)

k. Bonilla's Probation Extension

l. Redican's Citation

m. Redican's Stolen Firearm

n. Tiffany's Resignation

o. Commendations dated after March 29, 2005

p. LAPD Application[s]

q. Bonilla-CF07-0070

r. Diaz-CF06-1435

s. Diaz-CF06-1265

2. Defendants are ordered to produce unredacted documents from the following categories:

a. Rose-CF07-2605

b. Rose-CF07-2476

c. Rose-CF05-6293

d. Diaz-CF06-3224

e. Redican-CF06-4365

f. Redican-CF06-1517

g.  Redican-CF06-1253

h.  Redican-CF05-4270

i.  CF 05-1829 (relating to Rose and Redican)

j.  99-3488 (Diaz) (The witness list with police officers'
names and addresses need not be produced; the addenda
items shall be produced)

The production shall be completed in person (not by mail) no
later than **December 14, 2007**.

IT IS SO ORDERED.

DATED:    December  _3_ , 2007.

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-X\Hurtado\Ord_in camera docs.wpd

3