UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR HURTADO, | Case No. CV 07-3101-PJW |
| Plaintiff, | |
| | ORDER DISMISSING ACTION |
| v. | |
| THE LOS ANGELES POLICE, DEPARTMENT, et al., | |
| Defendants. | |

In the wake of Plaintiff's untimely death and the decision by his next of kin to proceed with this action in state court, the Court hereby dismisses the action, which both Plaintiff's counsel and Defendants have agreed is the proper course of action. (Plaintiff's counsel seeks to voluntarily dismiss the action under Rule 41(a)(2); Defendants' counsel seeks to have the case dismissed under Rule 25(a)). The Court chooses not to address the issue of whether the dismissal is with or without prejudice (which the parties disagree on) and will only do so if it becomes necessary in the future.

IT IS SO ORDERED.

DATED:     May   28   , 2009.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-X\Hurtado\order of dismissal.wpd