UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR HURTADO, | ) | Case No. CV 07-3101-PJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| THE LOS ANGELES POLICE, DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Order Dismissing Action filed this day,

IT IS HEREBY ADJUDGED that the action is dismissed.

DATED:    May  28 , 2009.

*[signature: Patrick J. Walsh]*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-X\Hurtado\judgment.wpd